TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-5090
mark.mcdonald2@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Beth Sengco, individually, | Case No. 2:26-cv-01079-JAD-EJY |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| United States of America, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE the appearance of Assistant United States Attorney, Mark J. McDonald as lead counsel for the United States of America.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

Respectfully submitted this 24th day of July 2026.

TODD BLANCHE
Acting Attorney General of the United States

 /s/ Mark J. McDonald
MARK J. MCDONALD
Assistant United States Attorney