TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-5090
mark.mcdonald2@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Beth Sengco, individually,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:26-cv-01079-JAD-EJY<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(First Request)** |

It is hereby stipulated by and between Plaintiff, Beth Sengco, and the United States of America that the discovery deadlines be extended for an additional ninety (90) days as outlined below. The parties met and conferred on October 7, 2026, and good cause exists for this extension request, which is supported by the circumstances set forth below:

**DISCOVERY COMPLETED**

The parties have completed the following discovery:

1. Plaintiff served the United States with her First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents on July 28, 2026
2. The United States served its Responses to Plaintiff's Interrogatories, Requests for Admissions, and Requests for Production of Documents on August 27, 2026.
3. The United States served its Initial Disclosure of Witnesses and Documents on August 28, 2026.
4. Plaintiff served her Initial List of Witnesses and Documents on September 11, 2026.

5. The United States served Plaintiff with its First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents on September 11, 2026.
6. Plaintiff served her Responses the United States' Interrogatories, Requests for Admissions, and Requests for Production of Documents on October 6, 2026.
7. The deadline to serve initial expert disclosures is November 12, 2026.
8. The deadline to serve rebuttal expert disclosures is December 14, 2026.
9. Close of discovery is January 11, 2027.

**DISCOVERY REMAINING**

The parties may need to serve and respond to further discovery, supplement their initial disclosures, schedule depositions, disclose experts, potentially designate rebuttal experts, and depose those expert witnesses, if any.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

On October 7, 2026, the parties met and conferred regarding this request and scheduling depositions. The parties need additional time to obtain and disclose experts and/or rebuttal experts, obtain and review records, and to schedule and conduct the depositions of Plaintiff Beth Sengco, Justin James Larson, and their experts.

**GOOD CAUSE EXISTS TO EXTEND THE DISCOVERY DEADLINES BY AN ADDITIONAL NINETY (90) DAYS**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be

granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

The parties have acted in good faith and are diligently arranging depositions and for experts. Pursuant to LR IA 6-1 and LR 26-3, the parties respectfully request that the discovery deadlines set forth in the current scheduling order, Dkt No. 9, be extended by **ninety (90)** days:

| Discovery Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | November 12, 2026 | **February 10, 2027** |
| Rebuttal Experts | December 14, 2026 | **March 15, 2027** |
| Discovery Cutoff | January 11, 2027 | **April 12, 2027** |
| Dispositive Motions | February 10, 2027 | **May 11, 2027** |
| Joint Pretrial Order | March 12, 2027 | **June 10, 2027**[1] |

This is the first request for an extension of discovery deadlines in this matter. This request for an extension of time is not sought for any improper purposes including delay.

Respectfully submitted this 14th day of October 2026.

Richard Harris Law Firm

*/s/ Jonathan B. Lee*
JONATHAN B. LEE, Esq.
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

TODD BLANCHE
Attorney General

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2026

[1] If dispositive motions are filed, this deadline will be thirty (30) days after motion resolution.